IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

PAUL H. WAMSLEY, JR.

    **Plaintiff,**

  v.                Civil Action No. 2:06 CV 25
                         (Maxwell)
UNITED STATES OF AMERICA,

    **Defendant.**

## ORDER

  Came the United States of America, on the 13th day of September, 2007, and filed with the Court its Motion to Continue Mediation, which mediation is scheduled in this matter for September 19, 2007 at 10:00 a.m. In support thereof, counsel for the United States, Assistant United States Attorney Daniel Dickinson, stated that he is scheduled to be in California on that date for a previously scheduled mediation. However, the Court has now been advised that Assistant United States Attorney Betsy Jividen will be available to appear on Mr. Dickinson's behalf on September 19, 2007. Accordingly, the Defendant's Motion to Continue Medication shall be, and the same hereby is, **DENIED**, and mediation will go forward as scheduled.

  The Clerk is directed to transmit copies of this Order to counsel of record herein and to the assigned mediator.

  **ENTER**: September   13th  , 2007

                           **/s/ Robert E. Maxwell**
                           United States District Judge