IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
at Elkins

FILED
SEP 24 2007
U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| PAUL H. WAMSLEY, JR., | ) |
| Plaintiff, | ) No. 2:06-cv-00025 |
| v. | ) Judge Maxwell |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## SETTLEMENT ORDER

Plaintiff Paul H. Wamsley, Jr. and defendant United States of America, through undersigned counsel and pursuant to the agreement announced in Court on September 19, 2007, resolve this case as follows:

1. The United States will keep the money it has collected on the assessments described in paragraphs 7, 8, 9, 10, and 11 of plaintiff's complaint;

2. The United States will abate the remaining amounts of the assessments described in paragraphs 7, 8, 9, 10, and 11 of plaintiff's complaint;

3. Plaintiff will dismiss his complaint with prejudice; and

4. Both parties will bear their own costs and attorney's fees.

Dated: September 20, 2007.

WE ASK FOR THIS.

_____
STEPHEN G. JORY
Jory & Smith
Post Office Box 1909
Elkins, West Virginia 26241
Telephone: (304) 636-3553
Fax: (304) 636-3607
E-mail: jory@jorysmith.com

_____
GERALD A. ROLE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-0461
Fax: (202) 514-6866
E-mail: gerald.a.role@usdoj.gov

IT IS SO ORDERED. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

**ENTER:** September 24th, 2007.

_____
ROBERT E. MAXWELL
United States District Judge